Hyrum M. Zeyer     ISB No. 8436
Peterson Zeyer Law
1215 W. Hays Street
Boise, Idaho 83702
Telephone:    (208) 433-9882
Facsimile:    (208) 433-9886
E-mail:    Hyrum@PetersonZeyerLaw.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re: | CHAPTER 13 |
|---|---|
| SANDY GREENWAY | Case No. 19-00453-JMM |
| Debtor. | |

**MOTION TO DISMISS**

Comes now, Hyrum M. Zeyer, of Peterson Zeyer Law, pursuant to 11 U.S.C. §1307(b) and on behalf of the Debtor, moves this Court for an order dismissing the above entitled case. There are no pending motions to convert this case to a Chapter 7 or pending motions to dismiss this case with prejudice.

**DATED:**    August 26, 2019

**SIGNED:**    PETERSON ZEYER LAW

/s/ *Hyrum M. Zeyer*

Hyrum M. Zeyer, Attorney for the Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2019, I filed the above Motion to Dismiss, electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Kathleen A. McCallister kam@kam13trustee.com,

    US Trustee ustp.region18.bs.ecf@usdoj.gov

    Derrick J O'Neill on behalf of Creditor Capital One Auto Finance c/o AIS Portfolio Services, LP doneill@idalaw.com, mingham@idalaw.com

**SIGNED:**     PETERSON ZEYER LAW

/s/ *Hyrum M. Zeyer*

Hyrum M. Zeyer, Attorney for the Debtors